598

36623.   PATE *v.* MITCHELL *et al.*

GARDNER, P. J.   It is agreed by counsel for both parties that this case is a companion to and controlled by the decision in *Pate v. Brock,* ante.

*Judgment affirmed.   Townsend and Carlisle, JJ., concur.*

DECIDED APRIL 2, 1957—REHEARING DENIED APRIL 19, 1957.

*Henry A. Stewart, Sr., Nall, Sterne, Miller, Cadenhead & Dennis,* for plaintiff in error.

*D. B. Howe, A. Walton Nall,* contra.